PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA  94105
Telephone: 510-970-4810
Facsimile: 415-744-0134
Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNEDY XIONG,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:21-cv-01782-EPG<br><br>ORDER RE: STIPULATION TO EXTEND BRIEFING SCHEDULE<br><br>(ECF No. 15). |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of 30 days to respond to Plaintiff's Opening Brief in this case.  In support of this request, the Commissioner respectfully states as follows:

1. The Commissioner's response to Plaintiff's Opening Brief is due November 14, 2022.  This is the Commissioner's first request of an extension of this deadline.

2. Counsel for the Commissioner is in the process of consulting with his client about the defensibility of this case.  Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter.  Moreover, this brief

extension would conserve judicial time and resources should the Parties be able to resolve this matter.

3.   Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4.   This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until December 14, 2022, respond to Plaintiff's Opening Brief.

Date: *November 8, 2022*　　　　　　　　PEÑA & BROMBERG, PLC

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Caspar Chan for Jonathan Pena**
　　　　　　　　　　　　　　　　　　　　JONATHAN PENA
　　　　　　　　　　　　　　　　　　　　*Authorized by email on November 8, 2022*
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Date: *November 8, 2022*　　　　　　　　PHILIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　Eastern District of California

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Caspar Chan*
　　　　　　　　　　　　　　　　　　　　CASPAR CHAN
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

**ORDER**

Based on the parties' stipulation (ECF No. 15), IT IS HEREBY ORDERED that Defendant shall file a response to Plaintiff's opening brief by December 14, 2022.

IT IS SO ORDERED.

Dated:   **November 8, 2022**           /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE